**Order entered October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00347-CV

## IN THE INTEREST OF K.T.B., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-00897**

## ORDER
Before Justices Francis, Stoddart, and Schenck

The above case has been set for submission on appeal. According to appellee's brief, a Missouri trial court entered a temporary order regarding possession, access, and conservatorship of K.T.B. We **ORDER** appellant to prepare, certify, and file in this Court no later than October 20, 2016, a supplement to the clerk's record containing all outstanding orders regardless of where entered regarding possession, access, and conservatorship of K.T.B.

/s/    MOLLY FRANCIS
       PRESIDING JUSTICE